**Richard N. VanCleave,** OSB No. 80392
rvancleave@barran.com
**Brenda K. Baumgart,** OSB No. 99216
bbaumgart@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile: (503) 274-1212
Attorneys for Defendants

**Michael W. Fox** (*Pro Hac Vice*)
michael.fox@ogletreedeakins.com
Ogletree Deakins
301 Congress Avenue, Ste. 1250;
Austin, TX 78701
Telephone: (512) 344-4711
Fax: (512) 344-4701

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DAVID NORMAN** and **WALTER ROMAS,** individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DELL INC.,** a Texas corporation; and **DELL CS, L.P.,** a Texas limited partnership,<br><br>Defendants. | CV. 07-6028-TC<br><br>**JOINT MOTION TO EXTEND TIME TO CONDUCT RULE 26(f) CONFERENCE** |

**LR 7.1 CERTIFICATION**

The undersigned certify that counsel for the parties conferred prior to the filing of this motion, and that counsel for all parties join in this motion. This motion is made in good faith

Page 1 - JOINT MOTION TO EXTEND TIME TO CONDUCT RULE 26(f) CONFERENCE

and not for the purpose of delay.

## MOTION

Pursuant to L.R. 16.3, the parties respectfully request a brief extension of time to conduct the Fed. R. Civ. P. 26(f) conference. The Court's Discovery and Pretrial Scheduling Order requires the parties to conduct the Rule 26(f) discovery conference within thirty (30) days after service on all defendants. The present deadline for conducting the Rule 26(f) conference is March 22, 2007. By Order dated today, the Court scheduled the Rule 16 conference for April 9, 2007. The parties have conferred and April 2 or 3, 2007 is the earliest available date to conduct the Rule 26(f) conference due to preexisting scheduling conflicts. Accordingly, the parties request a fourteen (14) day extension of time, from March 22, 2007 until and including April 5,

//

//

Page 2 - JOINT MOTION TO EXTEND TIME TO CONDUCT RULE 26(f) CONFERENCE

2007, within which to conduct the Rule 26(f) conference.

This joint motion is supported by the Declaration of Brenda K. Baumgart filed herewith.

DATED this 21st day of March, 2007.

| BARRAN LIEBMAN LLP | JOHNSON, CLIFTON, LARSON & SCHALLER, P.C. |
|---|---|
| By /s/<br>Richard N. VanCleave, OSB No. 80392<br>Brenda K. Baumgart, OSB No. 99216<br>Telephone: (503) 228-0500<br>Attorneys for Defendants | By /s/<br>Derek C. Johnson, OSB No. 88234<br>Douglas G. Schaller, OSB No. 85323<br>Telephone: (541) 484-2434<br>Attorneys for Plaintiff |
| Jeffrey C. Londa<br>jeffrey.londa@ogletreedeakins.com<br>Ogletree Deakins<br>500 Dallas St., Ste. 3000<br>Houston, TX 77002-4709<br>Telephone: (713) 655-0855<br>Fax: (713) 655-0020<br>*Of Counsel for Defendants;Pro Hac Vice Motion Pending* | George A. Hanson (*Pro Hac Vice*)<br>Matthew L. Dameron (*Pro Hac Vice*)<br>Stueve Siegel Hanson Woody LLP<br>330 West 47th Street, Suite 250<br>Kansas City, MO 64112<br>Telephone: (816) 714-7100<br>Fax: (816) 714-7101 |
| Michael W. Fox (*Pro Hac Vice*)<br>michael.fox@ogletreedeakins.com<br>Ogletree Deakins<br>301 Congress Avenue, Ste. 1250;<br>Austin, TX 78701<br>Telephone: (512) 344-4711<br>Fax: (512) 344-4701 | |

Page 3 - JOINT MOTION TO EXTEND TIME TO CONDUCT RULE 26(f) CONFERENCE

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March 2007, I served the foregoing JOINT MOTION TO EXTEND TIME TO CONDUCT RULE 26(f) CONFERENCE on the following parties at the following addresses:

Derek C. Johnson
Douglas G. Schaller
Johnson, Clifton, Larson & Schaller, P.C.
975 Oak Street
Citizen's Building, Suite 1050
Eugene, Oregon 97401

George A. Hanson
Matthew L. Dameron
Stueve Siegel Hanson Woody LLP
330 West 47th Street, Suite 250
Kansas City, MO 64112

ATTORNEYS FOR PLAINTIFFS

By causing the same to be:  ☐ mailed  ☐ hand delivered  ☐ faxed  ☒ emailed to them a true and correct copy thereof.

/s/
Brenda K. Baumgart

00100649.DOC /