Derek C. Johnson
Douglas G. Schaller
Johnson, Clifton, Larson & Schaller, P.C.
975 Oak Street
Citizen's Building, Suite 1050
Eugene, Oregon 97401
Tel:    541-484-2434
Fax:    541-484-0882

George A. Hanson (admitted *pro hac vice*)
Matthew L. Dameron (admitted *pro hac vice*)
Stueve Siegel Hanson Woody LLP
330 West 47th Street, Suite 250
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:    816-714-7101
ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| DAVID NORMAN, et al.,<br><br>         Plaintiffs,<br> v.<br><br>DELL INC., and DELL MARKETING USA, L.P. and<br><br>         Defendants. | Case No.    6:07-CV-6028-TC<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT AND EXTEND TIME FOR DELL TO RESPOND TO FIRST AMENDED COMPLAINT** |

**STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT**
**AND EXTEND TIME FOR DELL TO RESPOND TO**
<u>**FIRST AMENDED COMPLAINT**</u>

Pursuant to Fed. R. Civ. P. 15(a) and L.R. 15.1, Plaintiffs and Dell Inc. and Dell Marketing USA, L.P. (collectively "Dell") stipulate to allow Plaintiffs to file their First Amended Complaint. Plaintiffs and Dell further stipulate that Dell shall have twenty (20) days after the date that newly added defendant Spherion Corporation is served with the

First Amended Complaint to file its response to the First Amended Complaint. Counsel for Plaintiffs will immediately inform counsel for Dell when Spherion has been served.

**Dated: March 30, 2007**

Respectfully submitted,

| **STUEVE SIEGEL HANSON WOODY LLP** | **BARRAN LIEBMAN LLP** |
|---|---|
| /s/ George A. Hanson | |
| George A. Hanson  Admitted *pro hac vice* | /s/ Brenda Baumgart |
| Email: hanson@sshwlaw.com | Richard VanCleave    OR Bar # 80392 |
| Matthew L. Dameron  Admitted *pro hac vice* | E-mail: rvancleave@barran.com |
| Email: dameron@sshwlaw.com | Brenda Baumgart     OR Bar # 99216 |
| 330 West 47th Street, Suite 250 | E-mail: bbaumgart@barran.com |
| Kansas City, Missouri 64112 | ODS Tower |
| Tel:    816-714-7100 | 601 Southwest Second Avenue, Suite 2300 |
| Fax: 816-714-7101 | Portland, Oregon 97204-3159 |
| | Tel:    (503) 228-0500 |
| **ATTORNEYS FOR PLAINTIFFS** | Fax:    (503) 274-1212 |

**OGLETREE DEAKINS**

Jeffrey C. Londa    Admitted *pro hac vice*
E-mail: effrey.londa@ogletreedeakins.com
500 Dallas Street, Suite 3000
Houston, Texas 77002-4709
Tel:    (713) 655-0855
Fax:    (713) 655-0020

Michael W. Fox     Admitted *pro hac vice*
E-mail: michael.fox@ogletreedeakins.com
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel:    (512) 344-4711
Fax:    (512) 344-4701

**ATTORNEYS FOR DELL INC. and DELL MARKETING USA, L.P.**