**Richard N. VanCleave**, OSB No. 80392
rvancleave@barran.com
**Brenda K. Baumgart**, OSB No. 99216
bbaumgart@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile: (503) 274-1212
Attorneys for Defendants Dell Inc., and Dell Marketing USA, L.P.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DAVID NORMAN and WALTER ROMAS, individually, and on behalf of a class of others similarly situated,<br><br>                        Plaintiffs,<br><br>    v.<br><br>DELL INC.; and DELL MARKETING USA, L.P., and<br><br>SPHERION CORPORATION,<br><br>                        Defendants. | CV. 07-6028-TC<br><br>**DEFENDANT DELL MARKETING USA, L.P.'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF PURSUANT TO L.R. 7.2(b)**<br><br>**EXPEDITED CONSIDERATION REQUESTED** |

## I.    CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned certifies that the parties have conferred on this Motion. Counsel for Plaintiffs has no opposition to Defendants Dell Inc. and Dell Marketing USA, L.P.'s Response in Opposition to Plaintiffs' Motion for Certification Under 29 U.S.C.

Page 1 – DEFENDANT DELL MARKETING USA, L.P.'S MOTION FOR LEAVE TO FILE
            OVERLENGTH BRIEF PURSUANT TO L.R. 7.2(b)

§216(b) and Fed. R. Civ. P. 23 exceeding the 35-page limitation by 10 pages, but opposes an extension beyond this length. For the reasons stated below, an overlength opposition brief of up to 55 pages is necessary.

## II. MOTION

Pursuant to L.R. 7.2(b), Defendant Dell Marketing USA, L.P. ("Defendant Dell") moves this Court for an Order to allow Defendants Dell Inc. and Dell Marketing USA, L.P. to file an overlength Response in Opposition to Plaintiffs' Motion for Certification Under 29 U.S.C. §216(b) and Fed. R. Civ. P. 23 exceeding the 35-page limitation.

Plaintiffs' Motion for Certification and supporting Memorandum combines *two* separate motions: (1) for certification of a FLSA collective action under 29 U.S.C. §216(b), and (2) for certification of a class action under Oregon law/Fed. R. Civ. P. 23. Dell has prepared a combined opposition brief in response to both motions. Although Dell has worked diligently to streamline their arguments, the brief nevertheless will exceed the 35-page limitation. Plaintiffs do not oppose an extension of 10 pages, but do oppose anything greater. Plaintiffs' opposition to an extension in excess of 10 pages should not be well taken as they have filed two motions as one. Further, Plaintiffs' request for conditional certification under the FLSA and certification of a class action under Oregon law/Rule 23 requires specific factual support. A sizeable portion of Dell's opposition brief is devoted to thoroughly addressing key factual issues, which were largely stated as conclusory allegations in Plaintiffs' Memorandum. At this time, Dell estimates that their brief will be approximately 55 pages in length.

For the foregoing reasons, Dell respectfully requests this Court issue an Order

/ / /


/ / /

Page 2 – DEFENDANT DELL MARKETING USA, L.P.'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF PURSUANT TO L.R. 7.2(b)

00119604.DOC /

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

allowing them to file an overlength opposition brief up to 55 pages in length.

This Motion is made in good faith and supported by the attached Declaration of Brenda K. Baumgart.

DATED this 26th day of February, 2008.

BARRAN LIEBMAN LLP

By _[signature]_____
Richard N. VanCleave, 80392
Brenda K. Baumgart, OSB No. 99216
Telephone: (503) 228-0500
Attorneys for Defendants Dell Inc., and
Dell Marketing USA, L.P.

Page 3 – DEFENDANT DELL MARKETING USA, L.P.'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF PURSUANT TO L.R. 7.2(b)

CERTIFICATE OF SERVICE

I hereby certify that on the __26th__ day of February, 2008, I served the foregoing **DEFENDANT DELL MARKETING USA, L.P.'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF PURSUANT TO L.R. 7.2(b)** on the following parties at the following addresses:

Derek C. Johnson
Douglas G. Schaller
Johnson, Clifton, Larson & Schaller, P.C.
975 Oak Street
Citizen's Building, Suite 1050
Eugene, Oregon 97401

George A. Hanson
Matthew L. Dameron
Stueve Siegel Hanson Woody LLP
330 West 47th Street, Suite 250
Kansas City, MO 64112

ATTORNEYS FOR PLAINTIFFS

Craig J. Capon
Christine Nesbit
Harrang Long Gary Rudnick P.C.
360 East 10th Ave., Suite 300
Eugene, OR 97401-3248

Samuel T. McAdam
Alfred L. Sanderson, Jr.
Joel Van Parys
Seyfarth Shaw LLP
400 Capitol Mall, Suite 2350
Sacramento, CA 95814-4428

ATTORNEYS FOR DEFENDANT
SPHERION CORPORATION

By causing the same to be:    ☒ e-mailed    ☐ mailed    ☐ hand delivered    ☐ faxed to them a true and correct copy thereof.

*Brenda K. Baumgart*
Brenda K. Baumgart