**Richard N. VanCleave,** OSB No. 80392
rvancleave@barran.com
**Brenda K. Baumgart,** OSB No. 99216
bbaumgart@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile: (503) 274-1212
Attorneys for Defendants Dell, Inc., and Dell Marketing USA, L.P.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DAVID NORMAN and WALTER ROMAS, individually, and on behalf of a class of others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>DELL INC.; and DELL MARKETING USA, L.P., and<br><br>SPHERION CORPORATION,<br><br>                    Defendants. | CV. 07-6028-TC<br><br>**DECLARATION OF BRENDA K. BAUMGART IN SUPPORT OF DEFENDANT DELL MARKETING USA, L.P.'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF PURSUANT TO L.R. 7.2(b)** |

I, BRENDA K. BAUMGART, state as follows:

1.  I am one of the attorneys for Defendants Dell Inc. and Dell Marketing USA, L.P. in the above-captioned matter.

2.  Defendants are preparing their Response in Opposition to Plaintiffs' Motion for

Page 1 - DECLARATION OF BRENDA K. BAUMGART IN SUPPORT OF DEFENDANT
    DELL MARKETING USA, L.P.'S MOTION FOR LEAVE TO FILE OVERLENGTH
    BRIEF PURSUANT TO L.R. 7.2(b)

Certification Under 29 U.S.C. §216(b) and Fed. R. Civ. P. 23, which is due on February 29, 2008.

3. Plaintiffs' Motion for Certification and supporting Memorandum combines <u>two</u> separate motions: (1) for certification of a FLSA collective action under 29 U.S.C. §216(b), and (2) for certification of a class action under Oregon law/Fed. R. Civ. P. 23. Dell has prepared a combined opposition brief in response to both motions. Although Dell has worked diligently to streamline their arguments, the brief nevertheless will exceed the 35-page limitation.

4. We have conferred with Plaintiffs' counsel, who has no opposition to Dell Inc. and Dell Marketing USA, L.P.'s Response in Opposition to Plaintiffs' Motion for Certification Under 29 U.S.C. §216(b) and Fed. R. Civ. P. 23 exceeding the 35 page limitation by 10 pages in length, but opposes an extension beyond this length.

5. Plaintiffs have filed two motions as one. Further, Plaintiffs' request for conditional certification under the FLSA and certification of a class action under Oregon law/Rule 23 requires specific factual support. A sizeable portion of Dell's opposition brief is devoted to thoroughly addressing key factual issues, which were largely stated as conclusory allegations in Plaintiffs' Memorandum. For these reasons, an overlength opposition brief of up to 55 pages is necessary.

6. This Motion is made in good faith.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of February, 2008.

_____
Brenda K. Baumgart

Page 2 - DECLARATION OF BRENDA K. BAUMGART IN SUPPORT OF DEFENDANT DELL MARKETING USA, L.P.'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF PURSUANT TO L.R. 7.2(b)

00119623.DOC /
BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

# CERTIFICATE OF SERVICE

I hereby certify that on the ___26th___ day of February, 2008, I served the foregoing **DECLARATION OF BRENDA K. BAUMGART IN SUPPORT OF DEFENDANT DELL MARKETING USA, L.P.'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF PURSUANT TO L.R. 7.2(b)** on the following parties at the following addresses:

| | |
|---|---|
| Derek C. Johnson<br>Douglas G. Schaller<br>Johnson, Clifton, Larson & Schaller, P.C.<br>975 Oak Street<br>Citizen's Building, Suite 1050<br>Eugene, Oregon 97401 | Craig J. Capon<br>Christine Nesbit<br>Harrang Long Gary Rudnick P.C.<br>360 East 10th Ave., Suite 300<br>Eugene, OR 97401-3248 |
| George A. Hanson<br>Matthew L. Dameron<br>Stueve Siegel Hanson Woody LLP<br>330 West 47th Street, Suite 250<br>Kansas City, MO 64112 | Samuel T. McAdam<br>Alfred L. Sanderson, Jr.<br>Joel Van Parys<br>Seyfarth Shaw LLP<br>400 Capitol Mall, Suite 2350<br>Sacramento, CA 95814-4428 |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT SPHERION CORPORATION** |

By causing the same to be:   ☒ e-mailed   ☐ mailed   ☐ hand delivered   ☐ faxed to them a true and correct copy thereof.

_____
Brenda K. Baumgart