**Richard N. VanCleave,** OSB No. 80392
rvancleave@barran.com
**Brenda K. Baumgart,** OSB No. 99216
bbaumgart@barran.com
BARRAN LIEBMAN LLP
601 SW Second Ave., Suite 2300
Portland, Oregon  97204-3159
Telephone: (503) 228-0500
Facsimile:  (503) 274-1212

Attorneys for Defendants
Dell, Inc., and Dell Marketing USA, L.P.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DAVID NORMAN and WALTER ROMAS, individually, and on behalf of a class of others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>DELL INC.; and DELL MARKETING USA, L.P., and<br><br>SPHERION CORPORATION,<br><br>                              Defendants. | CV. 07-6028-TC<br><br>**DECLARATION OF BRENDA K. BAUMGART IN SUPPORT OF DEFENDANT DELL'S RESPONSE IN OPPOSITION TO MOTION FOR CERTIFICATION UNDER 29 U.S.C. § 216(b) AND FEDERAL RULE OF CIVIL PROCEDURE 23** |

I, BRENDA K. BAUMGART, state as follows:

1.     I am one of the attorneys for Defendants Dell Inc. and Dell Marketing USA, L.P. in the above-captioned matter.

2.     Attached hereto as Exhibit A is a true and correct copy of an article that appeared in the *Roseburg News Review* on February 13, 2007, reprinted from the website

Page 1 - DECLARATION OF BRENDA K. BAUMGART IN SUPPORT OF DEFENDANT DELL'S OPPOSITION TO MOTION FOR CERTIFICATION UNDER 29 U.S.C. § 216(b) AND FEDERAL RULE OF CIVIL PROCEDURE 23

00119841.DOC /

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

http://www.newsreview.info.com.

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the deposition of Aaron Anderson.

4. Attached hereto as Exhibit C are true and correct copies of excerpts from the deposition of Clint Battle.

5. Attached hereto as Exhibit D are true and correct copies of excerpts from the deposition of Sean Beeman.

6. Attached hereto as Exhibit E are true and correct copies of excerpts from the deposition of Richard Hal Bruen.

7. Attached hereto as Exhibit F are true and correct copies of excerpts from the deposition of Sherian Damian.

8. Attached hereto as Exhibit G are true and correct copies of excerpts from the deposition of Travis M. Dominguez.

9. Attached hereto as Exhibit H are true and correct copies of excerpts from the deposition of Nathaniel A. Gregory.

10. Attached hereto as Exhibit I are true and correct copies of excerpts from the deposition of Christopher Michael Guyett.

11. Attached hereto as Exhibit J are true and correct copies of excerpts from the deposition of Teresa Ann Hillmick.

12. Attached hereto as Exhibit K are true and correct copies of excerpts from the deposition of William Lewis Kemp, Jr.

13. Attached hereto as Exhibit L are true and correct copies of excerpts from the deposition of Deb Koehn.

14. Attached hereto as Exhibit M are true and correct copies of excerpts from the deposition of Donald Lucas.

Page 2 - DECLARATION OF BRENDA K. BAUMGART IN SUPPORT OF DEFENDANT DELL'S OPPOSITION TO MOTION FOR CERTIFICATION UNDER 29 U.S.C. § 216(b) AND FEDERAL RULE OF CIVIL PROCEDURE 23

00119841.DOC /    **BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

15. Attached hereto as Exhibit N are true and correct copies of excerpts from the deposition of Elizabeth Shawn Maurice.

16. Attached hereto as Exhibit O are true and correct copies of excerpts from the deposition of Cherie Gay McNeil.

17. Attached hereto as Exhibit P are true and correct copies of excerpts from the deposition of Diane Chaffee Moorhead.

18. Attached hereto as Exhibit Q are true and correct copies of excerpts from the deposition of David James Norman.

19. Attached hereto as Exhibit R are true and correct copies of excerpts from the deposition of Patti Jean Powers.

20. Attached hereto as Exhibit S are true and correct copies of excerpts from the deposition of Walter R. Romas, Jr.

21. Attached hereto as Exhibit T are true and correct copies of excerpts from the deposition of Laurence A. Rooker.

22. Attached hereto as Exhibit U are true and correct copies of excerpts from the deposition of Robert Francis Sedani.

23. Attached hereto as Exhibit V are true and correct copies of excerpts from the deposition of Eunice Amanda Smith.

24. Attached hereto as Exhibit W are true and correct copies of excerpts from the deposition of David Ashley Trent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of February, 2008.

      s/*Brenda K. Baumgard*
      Brenda K. Baumgart

Page 3 - DECLARATION OF BRENDA K. BAUMGART IN SUPPORT OF DEFENDANT DELL'S OPPOSITION TO MOTION FOR CERTIFICATION UNDER 29 U.S.C. § 216(b) AND FEDERAL RULE OF CIVIL PROCEDURE 23

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February, 2008, I served the foregoing **DECLARATION OF BRENDA K. BAUMGART IN SUPPORT OF DEFENDANT DELL'S OPPOSITION TO MOTION FOR CERTIFICATION UNDER 29 U.S.C. § 216(b) AND FEDERAL RULE OF CIVIL PROCEDURE 23** on the following parties at the following addresses:

| | |
|---|---|
| Derek C. Johnson<br>Douglas G. Schaller<br>Johnson, Clifton, Larson & Schaller, P.C.<br>975 Oak Street<br>Citizen's Building, Suite 1050<br>Eugene, OR 97401 | Craig J. Capon<br>Christine Nesbit<br>Harrang Long Gary Rudnick P.C.<br>360 East 10th Ave., Suite 300<br>Eugene, OR 97401-3248 |
| George A. Hanson<br>Matthew L. Dameron<br>Stueve Siegel Hanson Woody LLP<br>330 West 47th Street, Suite 250<br>Kansas City, MO 64112 | Samuel T. McAdam<br>Alfred L. Sanderson, Jr.<br>Joel Van Parys<br>Seyfarth Shaw LLP<br>400 Capitol Mall, Suite 2350<br>Sacramento, CA 95814-4428 |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT SPHERION CORPORATION |

By causing the same to be: ✗ e-mailed  o mailed  o hand delivered  o faxed to them a true and correct copy thereof.

s/*Brenda K. Baumgart*
Brenda K. Baumgart