**Richard N. VanCleave,** OSB No. 80392
rvancleave@barran.com
**Brenda K. Baumgart,** OSB No. 99216
bbaumgart@barran.com
BARRAN LIEBMAN LLP
601 SW Second Ave., Suite 2300
Portland, Oregon  97204-3159
Telephone: (503) 228-0500
Facsimile:  (503) 274-1212

Attorneys for Defendants
Dell Inc. and Dell Marketing USA, L.P.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DAVID NORMAN and WALTER ROMAS, individually, and on behalf of a class of others similarly situated,<br><br>         Plaintiffs,<br><br>  v.<br><br>DELL INC.; and DELL MARKETING USA, L.P., and<br><br>SPHERION CORPORATION,<br><br>         Defendants. | CV. 07-6028-TC<br><br>**DEFENDANT DELL INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)**<br><br>**ORAL ARGUMENT REQUESTED** |

## I.  CERTIFICATION

Pursuant to Local Rule 7.1, the parties have conferred in good faith regarding this Motion and have been unable to reach agreement.

Page 1 - DEFENDANT DELL INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)

## II.   MOTION

Defendant Dell Inc. files this Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2), and requests that this Court issue an Order granting its Motion and dismissing Plaintiffs' Complaint against it with prejudice.

This Motion is supported by the Memorandum in Support and Affidavit of Thomas H. Welch, Jr., filed herewith.

DATED this 29th day of February, 2008.

BARRAN LIEBMAN LLP

By s/*Brenda K. Baumgart*
   Richard N. VanCleave, 80392
   Brenda K. Baumgart, OSB No. 99216
   Telephone: (503) 228-0500
Attorneys for Defendants Dell Inc., and Dell Marketing USA, L.P.

and

Jeffrey C. Londa, *Pro Hac Vice*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
500 Dallas Street, Suite 3000
Houston, TX 77002-4709
Phone:  713-655-5750
Facsimile:  713-655-0020
E-mail:  Jeff.Londa@ogletreedeakins.com
*Of Counsel for Defendants*

Michael W. Fox, *Pro Hac Vice*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
301 Congress Avenue, Suite 1250
Austin, TX 78701
Phone:  512-344-4700
Facsimile:  512-344-4701
E-mail:  Mike.Fox@ogletreedeakins.com
*Of Counsel for Defendants*

Page 2 - DEFENDANT DELL INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)

00117017.DOC /

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February, 2008, I served the foregoing **DEFENDANT DELL INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)** on the following parties at the following addresses:

| | |
|---|---|
| Derek C. Johnson<br>Douglas G. Schaller<br>Johnson, Clifton, Larson & Schaller, P.C.<br>975 Oak Street<br>Citizen's Building, Suite 1050<br>Eugene, Oregon 97401 | Craig J. Capon<br>Christine Nesbit<br>Harrang Long Gary Rudnick P.C.<br>360 East 10th Ave., Suite 300<br>Eugene, OR 97401-3248 |
| George A. Hanson<br>Matthew L. Dameron<br>Stueve Siegel Hanson Woody LLP<br>330 West 47th Street, Suite 250<br>Kansas City, MO 64112 | Samuel T. McAdam<br>Alfred L. Sanderson, Jr.<br>Joel Van Parys<br>Seyfarth Shaw LLP<br>400 Capitol Mall, Suite 2350<br>Sacramento, CA 95814-4428 |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT SPHERION CORPORATION |

By causing the same to be:   ✗ e-mailed   o mailed   o hand delivered   o faxed to them a true and correct copy thereof.

s/*Brenda K. Baumgart*_____
Brenda K. Baumgart