Richard N. VanCleave, OSB NO. 80392
rvancleave@barran.com
**Brenda K. Baumgart,** OSB No. 99216
bbaumgart@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile: (503) 274-1212

Attorneys for Defendants Dell Inc., and Dell CS, L.P.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

DAVID NORMAN and WALTER ROMAS,
individually, and on behalf of a class of others
similarly situated,

        Plaintiffs,

v.

DELL INC., a Texas corporation; and DELL
CS, L.P., a Texas limited partnership,

        Defendants.

CV. 07-6028-TC

**APPLICATION FOR SPECIAL ADMISSION *PRO HAC VICE***

As local counsel in the above-captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice*:

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

   (A) **Personal Data:**

    (1) Name: Patrick K. Hulla

    (2) Firm or Business Affiliation: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

 (3) Mailing Address, City, State and Zip Code: 4717 Grand Avenue, Suite 100, Kansas City, MO 64112

 (4) Business E-mail Address: patrick.hulla@ogletreedeakins.com

 (5) Business Telephone Number: (816) 471-1301

 (6) Fax Telephone Number: (816) 471-1303

**(B)** **Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

 (1) Bar of the Supreme Court of Kansas, since 1993, Bar No. 16230;
and

 (2) United States District Court for the District of Kansas, 1993

 (3) United States District Court for the Western District of Missouri, 1994

 (4) United States District Court for the District of Colorado, 2007

 (5) United States District Court for the Eastern District of Missouri, 2008

**(C)** **Certification of Disciplinary Proceedings.**

I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or federal bar association or administrative agency; or

**(D)** **Certification of Professional Liability Insurance.** I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

**(E)** **Representation Statement:** I am representing the following party(s) in this case: Defendants.

**(F)** **CM/EFC Registration.** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (See ecf.ord.uscourts.gov). I also consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(D) and LR 100.13.

2.  **Certification of Associated Local Counsel.** I certify that I am a member in good standing of the Bar of this Court, that I have read and understand the requirements of L.R. 83.3(d), and that I will serve as designated local counsel in this particular case.

DATED this 25th day of September, 2008.

| | |
|---|---|
| Rick VanCleave, OSB No. 80392<br>rvancleave@barran.com<br>Brenda Baumgart, OSB No. 99216<br>bbaumgart@barran.com<br>Barran Liebman LLP<br>601 SW Second Avenue, Suite 2300<br>Portland, OR 97204-3159<br>Business: (503) 228-0500<br>Fax:      (503) 274-1212<br><br>**Attorneys for Defendants** | Patrick K. Hulla, SBN 16230<br>patrick.hulla@ogletreedeakins.com<br>Ogletree Deakins<br>4717 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>Business: (816) 471-1301<br>Fax:      (816) 471-1303<br><br>**Of Counsel for Defendants** |

## COURT ACTION

____✓____    Application Approved Subject to Fee Payment

_____    Application Approved and Fee Waived

_____    Application Denied

__10/2/08__           _____
   Date                     Judge's Signature

cc:    Counsel of Record

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2008, I served the foregoing **APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE** on the following parties at the following addresses.

Derek C. Johnson
Douglas G. Schaller
Johnson, Clifton, Larson & Schaller, P.C.
975 Oak Street, Suite 1050
Eugene, OR 97401

George A. Hanson
Matthew L. Dameron
Stueve Siegel Hanson Woody LLP
330 West 47th Street, Suite 250
Kansas City, MO 64112

ATTORNEYS FOR PLAINTIFFS

By causing the same to be: ☐ e-filed  ☒ mailed  ☐ hand delivered  ☐ faxed to them a true and correct copy thereof.

Richard N. VanCleave

Page 1 – CERTIFICATE OF SERVICE