**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| DAVID NORMAN and WALTER ROMAS, individually, and on behalf of a class of others similarly situated,<br><br>                            Plaintiffs,<br><br>     v.<br><br>DELL INC., a Texas corporation; and DELL MARKETING USA, L.P.,<br><br>                            Defendants. | Case No. CV. 07-6028-TC |

**MOTION TO WITHDRAW AS COUNSEL**

Matthew L. Dameron of Stueve Siegel Hanson LLP hereby moves for his withdrawal as counsel for plaintiffs due to his departure from Stueve Siegel Hanson LLP. George A. Hanson of Stueve Siegel Hanson LLP will continue to represent plaintiffs.

Dated: September 2, 2009                   Respectfully submitted,

                                                **STUEVE SIEGEL HANSON LLP**

                                                */s/ Matthew L. Dameron*
                                                Matthew L. Dameron   MO Bar # 52093
                                                460 Nichols Road, Suite 200
                                                Kansas City, Missouri 64112
                                                Telephone:    (816) 714-7100
                                                Facsimile:     (816) 714-7101
                                                Email:  dameron@stuevesiegel.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on September 2, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys of record.

/s/ *Matthew L. Dameron*
Attorney for Plaintiff
